UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOYT DAVID MORGAN,

        Plaintiff,

- against -

WORLDVIEW ENTERTAINMENT HOLDINGS INC.,

        Defendant.

19cv6520 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

The parties should advise the Court by **December 4, 2019** about the status of the proceedings in the Bankruptcy Court for the Central District of California. Additionally, the parties should advise the Court what effect the automatic stay issued from the bankruptcy court under 11 U.S.C. § 362 has on this case. In that regard, the parties should advise the Court about the applicability of the following cases to this case: In re Cashco, Inc., 599 B.R. 138 (Bankr. D. N.M. 2019); In re Hoskins, 266 B.R. 872 (Bankr. W.D. Mo. 2001). Finally, the parties should advise the Court about the proper remedy if they conclude that the case in this Court was removed or continued in violation of the automatic stay.

SO ORDERED.

Dated:   New York, New York
        November 22, 2019

                                  John G. Koeltl
                            United States District Judge